UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARTHA CHANG, on behalf of
herself and all others similarly situated,

    Plaintiff,                                  Case No. 8:22-cv-01472-JSM-AAS

v.

LINCARE HOLDINGS INC.,

    Defendant.

_____/

**LINCARE HOLDINGS INC.'S AMENDED
<u>NOTICE OF PENDENCY OF RELATED ACTIONS</u>**

In accordance with Local Rule 1.07, Defendant Lincare Holdings, Inc. certifies that the instant action:

_X_ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        *Catherine Cottam v. Lincare Holdings, Inc.*; United States District Court, Middle District of Florida; Tampa Division Case number 8:22-cv-01595-MSS-MRM

        *Kenneth Eichman v Lincare Holdings Inc.*; Superior Court for the State of California, Kings County, Case Number 22C-0225

        *Charlene Kennedy v. Lincare Holdings, Inc.*; United States District Court, Northern District of California, Case Number 3:22-cv-03974

___ IS NOT         related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Counsel and unrepresented parties must inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

DATED:  July 28, 2022

**PHELPS DUNBAR LLP**

*/s/  Michael S. Hooker*
Michael S. Hooker, Esquire / FBN:  330655
michael.hooker@phelps.com
Jason A. Pill, Esquire / FBN:  0070284
jason.pill@phelps.com
John D. Mullen / FBN:  0032883
john.mullen@phelps.com
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602-5311
P: 813.472.7550 / F: 813-472-7570

*Counsel for Defendant Lincare Holdings Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court on July 28, 2022, to be served by operation of the Court's electronic filing system to Avi R. Kaufman (kaufman@kaufmanpa.com) and Rachel E. Kaufman of Kaufman P.A., 237 S. Dixie Highway, 4th Floor, Coral Gables, Florida  33133, along with Samuel J. Strauss (sam@turkestrauss.com) and Raina C. Borrelli (raina@turkestrauss.com) of Turke & Strauss LLP, 613 Williamson Street, Suite 201, Madison, Wisconsin 53703.

                                             */s/ Michael S. Hooker*
                                             Attorney