UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARTHA CHANG, on behalf of
Herself and all others similarly situated,

    Plaintiff,

v.                                                                               Case No. 8:22-cv-1472-TPB-AAS

Lincare Holdings Inc.,

    Defendant.

_____/

**ORDER GRANTING MOTION TO CONSOLIDATE**

This matter is before the Court on "Plaintiff's Unopposed Motion to Consolidate," filed on August 31, 2022. (Doc. 27). In the motion, Plaintiff seeks to consolidate 8:22-cv-1595-TPB-MRM (M.D. Fla.) (the "*Cottam* action") and 8:22-cv-1704-TPB-MRM (M.D. Fla.) (the "*Juarez* action") with 8:21-cv-1472-TPB-AAS (M.D. Fla.) (the "*Chang* action").

These three actions involve identical or substantially similar parties, facts, and legal issues such that it would appear to be an exceedingly inefficient use of judicial and party resources to allow essentially the same dispute to be litigated concurrently in three separate lawsuits in the same Court before the same judge. The Court finds that consolidation would therefore promote the interests of judicial economy and convenience, and that consolidation would not appear likely to yield any substantial inconvenience, delay, or expense for the Court or the parties.

Moreover, the Court finds that consolidation would not lead to prejudice or possible confusion, unfair burdens on the parties or witnesses, or undue delay to resolve the consolidated case.  For these reasons, and given the parties' consent to consolidation, the Court will exercise its discretion to consolidate the *Cottam*, *Juarez*, and *Chang* actions pursuant to Federal Rule of Civil Procedure 42(a) for all purposes, including discovery and trial.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. The motion to consolidate (Doc. 27) is **GRANTED**.
2. The actions listed under Case Nos. 8:22-cv-1472-TPB-AAS, 8:22-cv-1595-TPB-MRM, 8:22-cv-1704-TPB-MRM are hereby **CONSOLIDATED** under **MASTER CASE NUMBER** 8:22-cv-1472-TPB-AAS (the "Consolidated Case").
3. This action shall proceed under the Consolidated Case, and all subsequent filings shall be made in the Consolidated Case.
4. The Clerk is directed to change the caption of this action to "*In re Lincare Holdings Inc. Data Breach Litigation.*"
5. The Court denies as moot and without prejudice to being re-filed in the Consolidated Case all motions filed and pending in the *Cottam* and *Juarez* actions.
6. The Clerk is directed to administratively close 8:22-cv-1595-TPB-MRM and 8:22-cv-1704-TPB-MRM.

7. Pursuant to Local Rule 1.07(b), the Clerk is directed to assign United States Magistrate Judge Amanda A. Sansone as the magistrate judge in the Consolidated Case.

8. The Clerk shall promptly docket notice of the entry of this Order in Case 8:22-cv-1595-TPB-MRM and 8:22-cv-1704-TPB-MRM.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this 7th day of September, 2022.

*[Signature]*

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**