# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## Case No. 8:22-cv-1472-TPB-AAS

In re:

**LINCARE HOLDINGS, INC.,
DATA BREACH LITIGATION**

_____/

## JOINT NOTICE OF SETTLEMENT

The Parties jointly notify this Court that the Parties have reached an agreement on the essential terms of a resolution in this case. The Parties are in the process of drafting settlement documents and anticipate filing settlement papers, including a motion for preliminary approval by the Court of the class settlement, within the next thirty (30) days. In the event the settlement papers are not completed and executed within the next thirty (30) days, the Parties will notify the Court accordingly.

Dated this 17th day of July, 2023

| | |
|---|---|
| */s/ John A. Yanchunis* | */s/ Michael S. Hooker* |
| John A. Yanchunis | Michael S. Hooker, Esquire / FBN: 330655 |
| MORGAN & MORGAN | Jason A. Pill, Esquire / FBN: 0070284 |
| COMPLEX LITIGATION GROUP | John D. Mullen / FBN: 0032883 |
| 201 N. Franklin Street, 7th Floor | PHELPS DUNBAR LLP |
| Tampa, Florida 33602 | 100 South Ashley Drive, Suite 2000 |
| Telephone: (813) 223-5505 | Tampa, Florida 33602-5311 |
| jyanchunis@ForThePeople.com | P: 813.472.7550 / F: 813-472-7570 |
| rmaxey@ForThePeople.com | michael.hooker@phelps.com |
| | jason.pill@phelps.com |
| Raina C. Borrelli | john.mullen@phelps.com |
| Samuel J. Strauss | |
| Brittany Resch | *Counsel for Defendant Lincare Holdings Inc.* |
| TURKE & STRAUSS LLP | |
| 613 Williamson Street, Suite 201 | |
| Madison, WI 53703 | |
| Telephone: (608) 237-1775 | |

Facsimile: (608) 509-4423
raina@turkestrauss.com
sam@turkestrauss.com
brittanyr@turkestrauss.com

*Chair of Plaintiffs Executive
Leadership Committee*

Stephen R. Basser (*Admitted pro hac vice*)
Samuel M. Ward*
BARRACK, RODOS & BACINE
600 West Broadway, Suite 900
San Diego, CA  92101
sbasser@barrack.com
sward@barrack.com
Telephone:  (619) 230-0800
Facsimile:   (619) 230-1874

Alexandra Honeycutt
Gary M. Klinger
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
221 West Monroe St., Suite 2100
Chicago, IL 60606
Telephone: (847) 208-4585
ahoneycutt@milberg.com
gklinger@milberg.com

Carl V. Malmstrom
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Telephone: (312) 984-0000
Facsimile: (212) 686-0114
malmstrom@whafh.com

*Plaintiffs Executive Leadership Committee*

Rachel Elizabeth Kaufman
KAUFMAN P.A.
400 NW 26th Street

2

Miami, FL 33127
Telephone: (305) 773-6641
rachel@kaufmanpa.com

Avi Robert Kaufman
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
kaufman@kaufmanpa.com

Frank S. Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Ste 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
fhedin@hedinhall.com

Jonathan B. Cohen
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (212) 594-5300
jcohen@milberg.com

David J. George
GEORGE GESTEN MCDONALD, PLLC
Florida Bar No. 898579
dgeorge@4-justice.com
eservice@4-justice.com
9897 Lake Worth Road, Suite 302
Lake Worth FL 33467
Telephone: (561) 232-6002

Lori G. Feldman*
GEORGE GESTEN MCDONALD, PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520

3

Telephone: (917) 983-9321
lfeldman@4-justice.com
eservice@4-justice.com

John G. Emerson*
EMERSON FIRM, PLLC
2500 Wilcrest, Suite 300
Houston, TX 77042
jemerson@emersonfirm.com
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

Eric J. Artrip (ASB-9673-I68E)
D. Anthony Mastando (ASB-0893-X32B)
MASTANDO & ARTRIP, LLC
301 Washington St., Suite 302
Huntsville, Alabama 35801
Telephone: (256) 532-2222
Facsimile: (256) 513-7489
artrip@mastandoartrip.com
tony@mastandoartrip.com

Brian Murray
GLANCY PRONGAY & MURRAY LLP
230 Park Ave, Suite 358,
New York, NY 10169
Telephone: (212) 682-5340
bmurray@glancylaw.com

Joel R. Rhine
Martin A. Ramey
RHINE LAW FIRM, P.C.
1612 Military Cutoff Road, Suite 300,
Wilmington, NC 28403
Telephone: (910) 772-9960
Facsimile: (910) 772-9062
jrr@rhinelawfirm.com
mjr@rhinelawfirm.com

*Pro Hac Vice application to be filed

4

Kiley Grombacher
Lirit Ariella King
Marcus J. Bradley
BRADLEY/GROMBACHER, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: (805) 270-7100
kgrombacher@bradleygrombacher.com
iking@bradleygrombacher.com
mbradley@bradleygrombacher.com

Scott Edward Cole
Cody Alexander Bolce
Laura Grace Van Note
COLE & VAN NOTE
555 12th Street, Suite 1725
Oakland, CA 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
sec@colevannote.com
cab@colevannote.com
lvn@colevannote.com

Maureen M. Brady
Lucy McShane
MCSHANE & BRADY LLC
1656 Washington Street, Suite 140
Kansas City, MO 64108
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
mbrady@mcshanebradylaw.com
lmcshane@mcshanebradylaw.com

Jim Treglio
POTTER HANDY, LLP
100 Pine Street Suite 1250
San Francisco, CA 94111
jim@potteryhandy.com

*Additional Counsel for Plaintiffs*