**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| In re:<br><br>LINCARE HOLDINGS INC. DATA BREACH LITIGATION | Case No. 8:22-cv-01472-TPB-AAS<br><br>Judge Thomas P. Barber<br><br>Magistrate Amanda Arnold Sansone |
|---|---|

**JOINT MOTION TO EXTEND TIME FOR PLAINTIFFS TO MOVE FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

The Parties jointly ask that the Court extend the deadline for Plaintiffs to move for preliminary approval of the Parties' class settlement in this matter from September 29, 2023, to October 6, 2023. In support of this joint motion, the Parties state the following:

1. As the Parties reported to the Court on July 17, 2023, they have reached an agreement on the essential terms of a resolution in this case. Doc. 98.

2. The Court subsequently entered an Order dismissing the case without prejudice subject to the right of the parties to submit a motion seeking approval of a settlement, or requesting an extension of time, within 60 days. Doc. 99.

3. The Parties previously requested a short two-week extension from September 15, 2023, to September 29, 2023 to submit a motion for preliminary approval, which was granted by the Court. Docs. 101, 102.

4. The Parties have continued to diligently work to draft and finalize settlement documents, a motion for preliminary approval, and to finalize the notice program, but require a short extension of time to complete that work.

5. To allow the Parties to finalize the settlement papers and preliminary approval motion, the Parties jointly request that the Court extend the deadline for filing such a motion from September 29, 2023, to October 6, 2023.

For the foregoing reasons, the Parties respectfully request that this joint motion be granted.

September 29, 2023

*/s/ John A. Yanchunis*
John A. Yanchunis
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

*Chair of Plaintiffs Executive Leadership Committee*

Raina C. Borrelli
Samuel J. Strauss
Brittany Resch
TURKE & STRAUSS LLP
613 Williamson Street, Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com
sam@turkestrauss.com

*/s/ Jason A. Pill*
Michael S. Hooker, Esq. / FBN: 330655
Jason A. Pill, Esq. / FBN: 0070284
John D. Mullen Esq. / FBN: 0032883
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602-5311
P: 813.472.7550 / F: 813-472-7570
Michael.hooker@phelps.com
jason.pill@phelps.com
john.mullen@phelps.com

*Counsel for Defendant Lincare Holdings Inc.*

brittanyr@turkestrauss.com

Stephen R. Basser (*Admitted pro hac vice*)
Samuel M. Ward*
BARRACK, RODOS & BACINE
600 West Broadway, Suite 900
San Diego, CA 92101
sbasser@barrack.com
sward@barrack.com
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

Alexandra Honeycutt
Gary M. Klinger
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
221 West Monroe St., Suite 2100
Chicago, IL 60606
Telephone: (847) 208-4585
ahoneycutt@milberg.com
gklinger@milberg.com

Carl V. Malmstrom
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Telephone: (312) 984-0000
Facsimile: (212) 686-0114
malmstrom@whafh.com

*Plaintiffs Executive Leadership Committee*

Rachel Elizabeth Kaufman
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 773-6641
rachel@kaufmanpa.com

Avi Robert Kaufman
KAUFMAN P.A.

237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
kaufman@kaufmanpa.com

Frank S. Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Ste 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
fhedin@hedinhall.com

Jonathan B. Cohen
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (212) 594-5300
jcohen@milberg.com

David J. George
GEORGE GESTEN MCDONALD,
PLLC
Florida Bar No. 898579
dgeorge@4-justice.com
eservice@4-justice.com
9897 Lake Worth Road, Suite 302
Lake Worth FL 33467
Telephone: (561) 232-6002

Lori G. Feldman*
GEORGE GESTEN MCDONALD,
PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
lfeldman@4-justice.com
eservice@4-justice.com

John G. Emerson*

EMERSON FIRM, PLLC
2500 Wilcrest, Suite 300
Houston, TX 77042
jemerson@emersonfirm.com
Telephone: (800) 551-8649
Facsimile: (501) 286-4659

Eric J. Artrip (ASB-9673-I68E)
D. Anthony Mastando (ASB-0893-X32B)
MASTANDO & ARTRIP, LLC
301 Washington St., Suite 302
Huntsville, Alabama 35801
Telephone: (256) 532-2222
Facsimile: (256) 513-7489
artrip@mastandoartrip.com
tony@mastandoartrip.com

Brian Murray
GLANCY PRONGAY & MURRAY LLP
230 Park Ave, Suite 358,
New York, NY 10169
Telephone: (212) 682-5340
bmurray@glancylaw.com

Joel R. Rhine
Martin A. Ramey
RHINE LAW FIRM, P.C.
1612 Military Cutoff Road, Suite 300,
Wilmington, NC 28403
Telephone: (910) 772-9960
Facsimile: (910) 772-9062
jrr@rhinelawfirm.com
mjr@rhinelawfirm.com

**Pro Hac Vice application to be filed*

Kiley Grombacher
Lirit Ariella King
Marcus J. Bradley
BRADLEY/GROMBACHER, LLP
31365 Oak Crest Drive, Suite 240

Westlake Village, CA 91361
Telephone: (805) 270-7100
kgrombacher@bradleygrombacher.com
iking@bradleygrombacher.com
mbradley@bradleygrombacher.com

Scott Edward Cole
Cody Alexander Bolce
Laura Grace Van Note
COLE & VAN NOTE
555 12th Street, Suite 1725
Oakland, CA 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
sec@colevannote.com
cab@colevannote.com
lvn@colevannote.com

Maureen M.Brady
Lucy McShane
MCSHANE & BRADY LLC
1656 Washington Street, Suite 140
Kansas City, MO 64108
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
mbrady@mcshanebradylaw.com
lmcshane@mcshanebradylaw.com

Jim Treglio
POTTER HANDY, LLP
100 Pine Street Suite 1250
San Francisco, CA 94111
jim@potteryhandy.com

*Additional Counsel for Plaintiffs*