Exhibit B

Settlement Agreement – Postcard Notice

## CONTENT OF POSTCARD NOTICE

*Court-Ordered Legal Notice*

Lincare Holdings Inc. Class Action
PO Box XXXX
XXXX-XXXX

|  |
| --- |
| **PRESORTED** |
| **FIRST-CLASS** |
| **MAIL U.S.** |
| **POSTAGE PAID** |

## **Important Notice About Lincare Holdings Inc. Class Action**

Class Member Name
Address
City, State, Zip Code

*A Federal Court authorized this notice. You are not being sued. This is not a solicitation from a lawyer.*

**You have been identified as a potential class member in a class action settlement.** A Settlement has been reached in a class action lawsuit (the "Lawsuit") alleging unauthorized disclosure of personally identifiable information and protected health information (together "PII") that occurred on or about September 2021, when Lincare Holdings Inc. ("Defendant") experienced an intrusion into its system by an external individual (the "Incident"). The information that may have been disclosed in the Incident possibly included, first and last names, addresses, Lincare account numbers, date of birth, medical information, which may include information concerning medical treatments individuals received such as provider name, dates of service, diagnosis/procedure, and/or account or record numbers, health insurance information, and/or prescription information. In very limited circumstances, Social Security numbers may have been impacted in the Incident. **Defendant's records show that you may have been affected by the Incident, and thus you may be entitled to recover under the Settlement reached in the case.**

**Your legal rights are affected whether you act or don't act, so read this Notice carefully.**

In the Lawsuit, the plaintiffs allege that Defendant violated certain duties with respect to the personal data of patients when patients' PII may have been compromised as a result of the Incident. Defendant denies any wrongdoing and denies all claims asserted against it in the Lawsuit. Both sides have agreed to settle the Lawsuit solely to avoid the cost, delay, and uncertainty of litigation.

The Settlement Class consists of all individuals in the United States whose PII was stored by Lincare Holdings Inc. and potentially disclosed, compromised, or accessed as a result of the cyber-breach or data incident experienced by Lincare Holdings Inc. in September 2021.

Contingent upon the Court's approval of the Settlement, Settlement Class Members who submit a valid and timely Claim may be entitled to: (a) reimbursement of certain Out-of-Pocket Losses resulting from the Incident; (b) reimbursement for Lost Time spent dealing with the effects or perceived effects of the Incident; and (c) monetary relief for Settlement Class Members who were a resident of California during the time of the Incident (i.e., September 2021). Settlement Class Members may enroll in 12 months of free identity theft protection and medical information monitoring through Medical Shield. The total amount of your claim depends upon the type of losses you have experienced and the documentation you have for your claim, as well as the total number of valid and timely claims filed by all Settlement Class Members.

To make a claim and qualify for payment or request enrollment instructions of identity theft protection, you must submit a valid Claim Form by mail to *Lincare Holdings Claims Administrator, PO Box XXXX, XXXXXXX-XXXX* or online at www.xxxsettlementxxx.com by **[the Claims Deadline]**. A Claim Form is available at www.xxxsettlementxxx.com or by calling (Telephone Hotline Number). If you remain in the Class, you give up the right to sue Defendant and its related entities for any claim related to the Incident, **whether or not you submit a claim.**

You can exclude yourself from the Settlement or you can object to the Settlement. If you do not want to be legally bound by the Settlement, you must exclude yourself by **[Opt-Out Deadline]** or you will not be able to sue Defendant or its related entities for any claims relating to the Incident. If you exclude yourself, you cannot submit a claim, get money from this Settlement, or enroll for new coverage under Medical Shield. If you stay in the Settlement Class, you may object to the Settlement by **[Objection Deadline]**. To exclude yourself from or object to the Settlement, you must follow the instructions in the Full Notice, available at www.xxxsettlementxxx.com.

To represent the class, the Court has appointed John A. Yanchunis of Morgan & Morgan Complex Litigation Group and other counsel as "Class Counsel." For litigating the case and negotiating the Settlement, Class Counsel will file a motion seeking Court approval for the payment of their attorneys' fees and costs in an amount no greater than one third (33.3%, or $2,416,666.67) of the Settlement Fund for attorneys' fees and no greater than Fifty Thousand Dollars and No Cents ($50,000.00) for reimbursement of litigation costs and expenses. You can hire your own separate lawyer, but you'll need to pay your own legal fees.

The Court will hold a Final Approval hearing on **[DATE]**, at the Sam Gibbons United States Federal Courthouse, 801 N. Florida Avenue, Courtroom 14A, Tampa, Florida 33602, to consider whether to approve the Settlement. The Court will hear any objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses. You may attend the Final Approval hearing and ask to be heard by the Court, but you do not have to.

**This is only a summary. For more information go to the settlement website or call the toll-free settlement number. You may contact the settlement administrator at [toll-free settlement number].**