Exhibit D

Settlement Agreement – Media Notice

## **LEGAL NOTICE**

IF YOU PROVIDED YOUR PERSONALLY IDENTIFIABLE INFORMATION AND/OR PROTECTED HEALTH INFORMATION (TOGETHER "PII") TO LINCARE BEFORE SEPTEMBER 2021, AND YOUR PII WAS POTENTIALLY DISCLOSED, COMPROMISED, OR ACCESSED BY A THIRD PARTY AS A RESULT OF A CYBER-BREACH OR DATA INCIDENT EXPERIENCED BY LINCARE IN SEPTEMBER 2021, YOU COULD BE ELIGIBLE FOR BENEFITS FROM A CLASS ACTION SETTLEMENT.

### What is the lawsuit about?

A Settlement Agreement has been reached in a class action lawsuit (the "Lawsuit") against Lincare Holdings Inc. ("Defendant") alleging the unauthorized disclosure of PII that occurred on or about September 2021, when Defendant experienced an intrusion into its system by an external individual (the "Incident").  The information that may have been disclosed in the Incident possibly included, first and last names, addresses, Lincare account numbers, date of birth, medical information, which may include information concerning medical treatments individuals received such as provider name, dates of service, diagnosis/procedure, and/or account or record numbers, health insurance information, and/or prescription information.  In very limited circumstances, Social Security numbers may have been impacted in the Incident.

In the Lawsuit, the plaintiffs bring claims against Defendant based on Defendant's maintenance, retention, storage, and destruction of Settlement Class Members' PII.  Defendant denies any wrongdoing and denies all claims asserted against it in the Lawsuit.  Both sides have agreed to settle the Lawsuit to avoid the cost, delay, and uncertainty of litigation.

You can read Plaintiffs' Consolidated Class Action Complaint, the Settlement Agreement, and other case documents, as well as download a Claim Form, at *www. xxxsettlementxxx .com*

### Am I Included in the Proposed Settlement?

For settlement purposes, and subject to certain exclusions, the Court has certified a Settlement Class consisting of all people who meet the following definition:

> All individuals in the United States whose PII was stored by Lincare Holdings Inc. and potentially disclosed, compromised, or accessed as a result of the cyber-breach or data incident experienced by Lincare Holdings Inc. in September 2021.

The Court has appointed Kroll as the Settlement Administrator, and you can contact Kroll at *[toll free settlement number]* to determine if you are a member of the Settlement Class.

### What does the Settlement provide?

The Settlement offers several benefits, including (1) Identity theft protection and medical information monitoring through Medical Shield, (2) Payment for Out-of-Pocket Losses fairly traceable to the Incident, (3) Payment for attested Lost Time spent remedying issues related to the

Incident, (4) Payment for certain statutory claims by Settlement Class Members who were residents of California at the time of the Incident. All of these benefits require action by Settlement Class Members by [CLAIMS DEADLINE].

### What are your rights?

**FILE A CLAIM:** The only way to get benefits under this Settlement.

**ASK TO BE EXCLUDED:** Get no benefits. This is the only option that may allow you to sue Defendant over the claims being resolved by this Settlement.

**OBJECT:** Write the Court about why you do not think this Settlement is fair, reasonable, or adequate.

**GO TO A HEARING:** Ask to speak in Court about the fairness of the Settlement.

**IF YOU DO NOTHING:** Get no benefits. Give up your rights to sue Defendant about the legal claims in this case.

### When is the Fairness Hearing?

The Court will hold a final approval and fairness hearing on [DATE] at the Sam Gibbons United States Federal Courthouse, 801 N. Florida Avenue, Courtroom 14A, Tampa, Florida 33602. The purpose of the hearing will be for the Court to determine whether the proposed Settlement is fair, reasonable, and adequate and in the best interests of the Settlement Class, and to rule on applications for compensation for Class Counsel. At that hearing, the Court will be available to hear any objections and arguments concerning the fairness of the proposed settlement.

*For more information or a Claim Form, go to [settlement website] or call [toll free settlement number]. Note that any capitalized terms not defined herein shall have the meanings ascribed to them in the Settlement Agreement. Additionally, to the extent there are any conflicts or inconsistencies between this form and the Settlement Agreement, the terms of the Settlement Agreement shall govern.*