Exhibit E

Settlement Agreement – Substitute Media Notice

# KROLL

## Lincare
*September 14, 2023*

| TARGET | REACH | FREQUENCY |
|---|---|---|
| Adults 35+ | 80.3% | 1.3x |

| NOTICE PLAN PARAMETERS | |
|---|---|
| **DIRECT NOTICE:** | Assumes 73% reach |
| **GEOGRAPHY:** | U.S and US Territories |
| **PROGRAM LENGTH:** | 30 days |

### ONLINE

| DIGITAL | DETAILS |
|---|---|
| **Multiple** Inventory Exchanges | Kroll will utilize numerous advertising exchange networks to provide the most access to inventory available in the industry. An advertising exchange is an online marketplace where publishers, advertisers, ad networks, DSPs, and others buy and sell inventory directly.<br><br>Ads will be demographically targeted to Adults 35+<br><br>Ads will also be targeted to individuals who have:<br>  ~Respiratory ailments such as asthma and COPD<br>  ~Heart Disease<br>  ~Obesity propensity<br>  ~Suffered from a stroke<br>  ~Sleep disorders<br><br>In addition, ads will be targeted to parents of infants, toddlers and young children<br><br>Display ads will also be contextually targeted and will appear on sites and/or within content related to COPD, asthma, atrial fibrillation, hypertension, IBS/Crohn's Disease, and sleeping disorders.<br><br>Additional impressions will be delivered on aarp.org. |
| **Google Ads** | Kroll will utilize keyword search advertising on Google Ads. Google search ads appear on the search result pages of keyword/phrase searches.<br><br>Kroll will target keyword and search topics related to Lincare, Lincare Data Breach, Lincare Litigation, and more. |

# KROLL

## Lincare
*September 14, 2023*

| TARGET | REACH | FREQUENCY |
|---|---|---|
| Adults 35+ | 80.3% | 1.3x |

Kroll will utilize the extensive scope of social media to reach potential class members.

Ads will be demographically targeted to:
 ~Adults 35+

Ads will also be targeted to people on Facebook and Instagram who have liked, followed or interacted with relevant pages, accounts, videos or posts/tags:

Pages Including:
 ~Lincare Facebook Page: 2.7K followers
 ~Respiratory Care Facebook Page: 11K followers
 ~Neonatal & Pediatric Respiratory Review Facebook Page: 1.2K followers
 ~COPD.net Facebook Page: 47K followers
 ~COPD Foundation Instagram Page: 2.4K followers
 ~CrohnsDisease Facebook Page: 9.2K followers
 ~CrohnsDiseaseStrong Instagram Page: 2.3K followers
 ~Crohn's & Colitis Foundation Facebook Page: 219K followers
 ~CPAP.com Facebook Page: 219K followers

Groups Including:
 ~COPD - Chronic obstructive pulmonary disease Facebook Page: 7.1K members
 ~Respiratory Therapy Support Facebook Page: 3.7K members
 ~Wound Care Aware Facebook Page: 1.8K members
 ~Support & Awareness for COPD, Emphysema and Chronic Bronchitis Facebook Page: 2K members
 ~Asthma Awareness Facebook Page: 16K members
~Asthma Inspiration Instagram Page: 15.5K followers
 ~CPAP support group for CPAP users and family members  Facebook Page: 16K members
 ~Sleep Apnea  Facebook Page: 6.6K members
~Sleep Apnea Awareness Instagram Page: 4.2K followers

Posts/Tags Including:
 ~ #lincare
 ~ #oxygentherapy
 ~ #thrombosis
 ~ #respiratorydisorders
 ~ #enteralnutrition
 ~ #feedingtubebag
~ #nebulizer
~ #COPD
~ #chronicwound
~ #emphysema
~ #dysphagia
~ #warafin
~ #congestiveheartfailure
~ #sleepapnea

### PRESS RELEASE



Cision PR Newswire distribution network provides the most robust newswire in the industry. All newslines include: direct distribution into newsrooms, Online Syndication, and PR Newswire for Journalists. A Press Release of up to 800 words will be distributed over Cision PR Newswire's US1 Newsline.

| PROGRAM TOTAL | $146,096 |
|---|---|