Exhibit G

Settlement Agreement – Distribution and Allocation Plan

**DISTRIBUTION AND ALLOCATION PLAN**

*In re: Lincare Holdings, Inc. Data Breach Litigation*
Case No. 8:1228-cv-1472-TPB-AAS

## I.    CLAIMS

**1.    Claim Form**. The Claim Form shall substantially be in the form attached as Exhibit A to the Settlement Agreement.  Settlement Class Members who submit a valid Claim Form and Reasonable Documentation for payment for Out-of-Pocket Losses, a proper attestation of their Lost Time, or proper attestation of their eligibility to seek reimbursement for California Claims are eligible for reimbursement as provided for in Paragraph 40 of the Settlement Agreement.

**2.    Identity Theft Protection and Medical Information Monitoring Services**. Settlement Class Members are eligible to enroll in one year of Medical Shield monitoring services, commencing within thirty (30) days of the Effective Date of the Settlement ("Medical Shield"). Eligibility to enroll in Medical Shield is not dependent on submission of any claim for payment or reimbursement as authorized in the Settlement Agreement.  Settlement Class Members who choose to enroll in Medical Shield must complete the "Identity Theft Protection and Medical Information Monitoring Services" section on Page 2 of the Claim Form by providing a valid email address or physical address and submit the Claim Form by the Claims Deadline.

## II.    CLAIMS VALIDATION PROCESS

**3.    Verification by the Settlement Administrator**. All Claim Forms must be submitted in the manner and by the deadline specified in the Claim Form.  The Settlement Administrator, in its sole discretion to be reasonably exercised, will evaluate claims submitted to determine whether: (a) the claimant is a Settlement Class Member; (b) the Claim Form is complete and accurate; (c) the claimant provided the information needed to evaluate the Claim Form; (d) for payment or reimbursement claims as referenced in Paragraph 40 of the Settlement Agreement, the information and Reasonable Documentation submitted, if true, could lead a reasonable person to believe that, more likely than not, the claimant has suffered the loss that is claimed as a result of the Incident; and (e) for claimants requesting Medical Shield as referenced in Paragraph 2 above, the Claim Form includes a valid email address or physical address.

**4**.    **Determination by the Settlement Administrator**. The Settlement Administrator, in its discretion to be reasonably exercised, will determine the amount any claim for payment or reimbursement as referenced in Paragraph 40 of the Settlement Agreement.  The Settlement Administrator's decision will be final and unappealable.

**5.    Notification**. If the Settlement Administrator determines claim for payment or reimbursement does not satisfy the requirements established in Paragraph 40 of the Settlement Agreement, the Settlement Administrator will notify the claimant consistent with the provisions in Paragraph 46 of the Settlement Agreement.  The Settlement Administrator's decision will be final and unappealable.

*Note that any capitalized terms not defined herein shall have the meanings ascribed to them in the Settlement Agreement. Additionally, to the extent there are any conflicts or inconsistencies between this form and the Settlement Agreement, the terms of the Settlement Agreement shall govern.*

PD.26885782.1