UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: LINCARE HOLDINGS, INC., DATA BREACH LITIGATION | Case No. 8:22-CV-1472-TPB-AAS <br><br> **DECLARATION OF GERALD W. THOMPSON IN CONECTION WITH PRELIMINARY APPROVAL OF SETTLEMENT** |

I, Gerald W. Thompson hereby declare as follows:

1. My name is Gerald W. Thompson. I am over the age of 21 years and competent to testify in matters set forth in this declaration. I have personal knowledge of the matters stated herein.

2. I am the current Executive Vice President at Pango Group, a division of Aura Group & Intersections LLC, a technology company dedicated to simplifying digital security for consumers. Our company has protected more than 47 million U.S. citizens and 2 million families since our founding in 1995.

3. Aura is an A+ Better Business Bureau accredited company with a 4.5 rating on the App store, 4.7 on Trustpilot and is rated the #1 Identity Theft Solution on Security.org.

4. Pango has serviced more than 2,000 data breach events that have impacted more than 300 million individuals over the past decade using Credit Monitoring services where appropriate and more current technology like our Financial Shield and Medical Shield services that provide specific protection and monitoring for

1

data breaches affecting financial services and healthcare related loss of personal information.

5. As part of the settlement agreement in this action, Pango will be provide our Medical Shield Service to those who enroll for a period of one (1) year even if the Settlement Class Member is not seeking reimbursement for Ordinary Losses, Extraordinary Losses, Lost Time, or a Cash Payment option. This benefit will be provided to all Settlement Class Members who activate the unique credentials provided to them in the Notice which will be used directly with Pango's Medical Shield Service that focuses on monitoring and alerting individuals when their medical information is found on the dark web or other illicit sites that sell stolen data.

6. According to the HIPAA Journal healthcare data breaches in the first 6 months of 2023 have been between 40 and 76 for each of the months. According to Fierce Healthcare there have been 302 healthcare related data breaches between January and June 2023. The targeting of medical and healthcare enterprises is growing, and the exposure of highly sensitive personal healthcare information is being exposed and sold to individuals and organizations that are exploiting that data for financial gain.

7. Medical Shield is the only service that monitors for both highly sensitive medical information with other monitoring components that offer protection that you would find in traditional credit monitoring services. Medical Shield will protect individuals from medical fraud andmedical related identity theft while also providing assistance in the event of medical fraud and identity theft regardless of the source. The

service also offers an insurance policy that protects against fraud for up to $1 million dollars with no deductible for the individual.

8. Medical Shield, when it is sold on a direct-to-consumer business model, is priced at $12.95 per month of service or $155.40 per year of service.

9. Medical Shield offers monitoring and protection services not included in typical credit monitoring or identity theft services, including the following:

    a) **Healthcare Insurance Plan ID Monitoring** tracks and alerts when a registered healthcare, dental, vision and/or prescription plan ID is identified as exposed on the dark web;

    b) **Medical Record Number (MRN) Monitoring** alerts when a MRN is detected on the dark web, which could potentially expose permanent medical and health records from providers, hospitals and urgent care centers to bad actors;

    c) **National Provider Identifier (NPI)** an exclusive monitoring service for healthcare providers.  Medical Shield tracks NIP and informs if registered licensing credentials are found on the dark web;

    d) **International Classification of Diseases (ICD) Monitoring** notifies when an ICD Code has been detected on the dark web, potentially exposing a private medical diagnosis to suspicious entities as well as the public at large;

    e)    **Health Savings Account (HSA Monitoring** keeps track of registered HSA accounts for unusual or unauthorized transactions that could indicate fraud;

    f)    **Security Freeze Assist** helps freeze credit files instantly from up to ten consumer reporting agencies, including the 3 major credit bureaus;

    g)  **Dark Web Monitoring** on 17 different data points that will allow the service to give our members early warning that their PII is in play in the criminal arena;

    h)  **Real-Time Authentication Alerts** are sent to our members when their SSN is used as part of an Identity Verification Event;

    i)  **High Risk Transaction Monitoring** that looks for our members' PII that is included in transactions like Payday Loans, new credit account openings, and the like to verify that these are legitimate events;

    j)  **Medical Fraud, Identity and Financial Fraud restoration services** from the longest tenured and most experienced customer support team in our industry;

    k)  **$1 million in Insurance provided by AIG** no deductible insurance for covering expenses due to a medical fraud or identity theft incident.

10.    Individuals can feel secure signing up for Pango's Medical Shield Service as all PII provided to Pango for the purposes of enrolling in the service is secured with

254-AES (Advanced Encryption Standard), the same encryption technology generally used by major banks and the U.S. Military.

11. The commencement of protection and monitoring will begin upon the Effective Date of the settlement and will remain available for commencement for 90 days thereafter.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2023 in Sparta, New Jersey.

_____
Gerald W. Thompson

5