UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

| | |
|---|---|
| CASE NO. 8:22-cv-1472-TPB-AAS | DATE November 28, 2023 |
| TITLE Data Breach v. Lincare Holdings, Inc. | |
| TIME 3:05 – 4:15 | TOTAL 1 hr. 10 min. |
| Honorable AMANDA ARNOLD SANSONE | Deputy Clerk Cathy Morgan |
| Court Reporter/Tape Digital | Courtroom Zoom |

| Attorney for Plaintiff | Attorney for Defendant: |
|---|---|
| Ryan McGee, Esq. | Michael Hooker, Esq. |
| John Yanchunis, Esq. | Jason Pill, Esq. |
| Tony Mastando, Esq. | |
| Jeanne Finegan | |
| Scott Fenwick | |

**PROCEEDINGS:**

**MOTION HEARING**

Parties discuss Motion for Settlement and to Direct Class Notice (Dkt. 105). Parties shall file documents discussed by December 5th. Court will issue a written order.