UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| CASE NO.: | 8:22-cv-1472-AAS | DATE: | June 12, 2024 |
|---|---|---|---|
| **HONORABLE: AMANDA A. SANSONE** | | **INTERPRETER:** | |
| In re:<br>LINCARE HOLDINGS INC. DATA BREACH LITIGATION<br>**Plaintiff**<br><br>v.<br><br>LINCARE HOLDINGS, INC.<br>**Defendant** | | **LANGUAGE:** | |
| | | **PLAINTIFF COUNSEL**<br>RYAN JOSEPH MCGEE<br>JOHN ALLEN YANCHUNIS<br>ALEXANDRA M. HONEYCUTT | |
| | | **DEFENSE COUNSEL**<br>MICHAEL S. HOOKER<br>JASON A. PILL | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** | 2:13 PM- 2:45<br>2:57 PM – 3:00 PM | **TOTAL:**<br>35 Minutes | |
| | | **COURTROOM:** | 14A |

**PROCEEDINGS:**

-MOTION TO JOIN CLASS BY ARTHUR LOUIS LOPEZ

-MOTION FOR SETTLEMENT FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEYS FEES AND COSTS AND INCORPORATED MEMORANDUM OF LAWE.

-MOTION FOR ATTORNEY FEES AND LITIGATION COSTS


-Court in session.

-Court calls case and counsel enters appearances.

-Counsel provides arguments.

-The court will enter an order to follow.